**Below is the Order of the Court.**

**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re: <br><br> Scott Banchero, <br><br> Debtor. | Bankruptcy No. 11-12340-TWD <br><br> **ORDER GRANTING THE FOSTERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT** |

THIS MATTER came before the Court on Melvin and Virginia Fosters' motion for relief from the automatic stay and abandonment regarding the real property commonly known as 913 23rd Avenue S, Seattle, Washington 98144 [Docket No. 254] ("Motion"). The Court has reviewed and considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in this case and the oral argument held on January 6, 2017. At the conclusion of the hearing on the

**ORDER GRANTING THE FOSTERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT** - 1

Motion, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Fosters are granted relief from the automatic stay under 11 U.S.C. § 362(d)(1) and (2) to pursue all remedies available to them with respect to the real property commonly known as 913 23rd Avenue S, Seattle, Washington 98144 and legally described as:

> THE SOUTH 17 FEET OF LOT 3 AND THE NORTH 14.7 FEET OF LOT 4 IN BLOCK 6 OF NEW WILFORD ADDITION TO THE CITY OF SEATTLE, AS PER PLAT RECORDED IN VOLUME 2 OF PLATS, PAGE 30, RECORDS OF KING COUNTY AUDITOR;
>
> TOGETHER WITH AN EASEMENT FOR INGRESS AND EGRESS OVER THE SOUTH 5 ½ FEET OF THE NORTH 33 FEET OF SAID LOT 3.
>
> SITUATE IN THE CITY OF SEATTLE, COUNTY OF KING, STATE OF WASHINGTON.
>
> Tax Parcel No. 6058600395 ("Property").

3. The Property is abandoned under 11 U.S.C § 554(b).

/// End of Order ///